GARY R. BASHAM (Bar No. 130119)
AARON R. JACKSON (Bar No. 233816)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, California 95815
Telephone:  (916) 993-4840
Facsimile:  (916) 993-4849

Attorneys for Defendant
MODESTO HOSPITALITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,<br><br>             Plaintiff,<br><br>     v.<br><br>MODESTO HOSPITALITY, LLC, DOES 1 through 50<br><br>             Defendants. | Case No.  1:10-cv-02018-AWI-GSA<br><br>**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER**<br><br>Date:  3.21.11<br>Time:  9:30 a.m.<br>CTRM: 10 (6th Floor) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS**:

Plaintiff Geneva Lema ("Plaintiff") brings several causes of action against Defendant Modesto Hospitality, LLC ("Defendant") with regard to the accessibility of a subject hotel where she alleges she stayed, including under the Federal American's with Disabilities Act and California Disabled Right Act. Defendant contends that it did not violate any law, rule, or regulation; and Defendant contends that the subject hotel complied with all access requirements under State and Federal law.

However, in an effort to avoid the expense of protracted litigation, the Parties are attempting to settle this matter early in good faith. In furtherance of that purpose, Defendant granted Plaintiff's Counsel and experts an opportunity to inspect the subject hotel on

1

1  March 2, 2011. Plaintiff's Counsel, and experts, require approximately a month to digest the
2  findings from the inspection and to present a settlement demand, including proposed architectural
3  remediations. Thereafter, the Defendant will require several weeks to respond. The Parties
4  request, and jointly stipulate to, additional time to finish their good faith settlement discussions in
5  the form of a continuance of the scheduling conference of sixty (60) days. The intention is to
6  allow Plaintiff enough time to present a settlement demand to Defendant, and to allow Defendant
7  an opportunity to respond to that settlement demand; and to allow time for settlement discussions.
8  Thereafter, the Parties may also seek an early Settlement Conference to help resolve outstanding
9  issues.

Dated: March 15, 2011          TIMOTHY S. THIMESCH, ESQ.
                               THIMESCH LAW OFFICES


                               By:    /s/ Timothy S. Thimesch
                                   Attorneys for Plaintiff
                                   GENEVA LEMA


Dated: March 14, 2011          BASHAM LAW GROUP


                               By:   /s/Aaron R. Jackson
                                   GARY R. BASHAM
                                   AARON R. JACKSON
                                   Attorneys for Defendant
                                   MODESTO HOSPITALITY, LLC

## ORDER

The scheduling conference currently scheduled for March 21, 2011 is continued to May 18, 2011, at 9:30 a.m. in order to allow time for the parties to continue their settlement discussions.


IT IS SO ORDERED.

   Dated:   **March 15, 2011**              **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE