GARY R. BASHAM (Bar No. 130119)
AARON R. JACKSON (Bar No. 233816)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, California 95815
Telephone:  (916) 993-4840
Facsimile:  (916) 993-4849

Attorneys for Defendant
MODESTO HOSPITALITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,<br><br>             Plaintiff,<br><br>       v.<br><br>MODESTO HOSPITALITY, LLC, DOES 1 through 50<br><br>             Defendants. | Case No.  1:10-cv-02018-AWI-GSA<br><br>**ORDER GRANTING JOINT STIPULATION TO  CONTINUE SCHEDULING CONFERENCE IN PART**<br><br>Date:  May 23, 2011<br>Time:  9 a.m.<br>CTRM: 10 (6th Floor) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS**:

Plaintiff Geneva Lema ("Plaintiff") brings several causes of action against Defendant Modesto Hospitality, LLC ("Defendant") with regard to the accessibility of a subject hotel where she alleges she stayed, including under the Federal American's with Disabilities Act and California Disabled Right Act. Defendant contends that it did not violate any law, rule, or regulation; and Defendant contends that the subject hotel complied with all access requirements under State and Federal law.

However, in an effort to avoid the expense of protracted litigation, the Parties are continuing to attempt to settle this matter early in good faith.  In furtherance of that purpose, Defendant granted Plaintiff's Counsel and experts an opportunity to inspect the subject hotel on March 2, 2011.

It is now Plaintiff Counsel's intent to present a settlement demand, including proposed architectural remediations to provide to Defendant. However, due to the press of business, Plaintiff's Counsel still requires additional time to prepare the settlement demand, including obtaining his expert reports.

In an effort continue their good faith attempts to settle this matter and to keep costs and fees down, the Parties request, and jointly stipulate to, additional time to finish their good faith settlement discussions in the form of a continuance of the scheduling conference of sixty (60) days. The intention is to allow Plaintiff enough time to present a settlement demand to Defendant, and to allow Defendant an opportunity to respond to that settlement demand; and to allow time for settlement discussions. Thereafter, the Parties may also seek an early Settlement Conference to help resolve outstanding issues.

Dated: May 17, 2011          TIMOTHY S. THIMESCH, ESQ.
                             THIMESCH LAW OFFICES


                             By:    */s/ Timothy S. Thimesch*
                                 Attorneys for Plaintiff
                                 GENEVA LEMA


Dated: May 16, 2011          BASHAM LAW GROUP


                             By:    */s/Aaron R. Jackson*
                                 GARY R. BASHAM
                                 AARON R. JACKSON
                                 Attorneys for Defendant
                                 MODESTO HOSPITALITY, LLC

2

**ORDER**

The parties' stipulation is **GRANTED IN PART**. The scheduling conference is hereby continued to July 7, 2011, at 10:00 a.m. No further stipulations to continue the scheduling conference will be entertained. The parties SHALL file a joint scheduling report one week prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **May 17, 2011**                              **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE