# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA, | ) 10-cv-2018 AWI GSA |
|                   Plaintiff, | ) |
| | ) |
|     v. | ) |
| | ) ORDER RE: PLAINTIFF'S MOTION FOR |
| | ) LEAVE TO FILE FIRST AMENDED |
| MODESTO HOSPITALITY, LLC., | ) COMPLAINT |
| | ) |
| | ) |
| | ) |
|                   Defendant. | ) |
| | ) (Document 34) |

## INTRODUCTION

On December 28, 2011, Plaintiff, Geneva Lema. ("Plaintiff") filed a Motion for Leave to File a First Amended Complaint (Hereinafter, "FAC").  (Doc. 34). The court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230 (g). Accordingly, the hearing set for January 27, 2011, at 9:30 am is VACATED.  Upon a review of the pleadings, Plaintiff's Motion for Leave to File a First Amended Complaint is DENIED as moot.

## BACKGROUND

On October 26, 2011, Plaintiff filed a complaint alleging violations of the American with Disabilities Act.  (Doc. 1).  On December 28, 2011, Plaintiff filed the instant Motion to Amend

1

1  the Complaint.  (Doc. 34).  In the motion, Plaintiff indicates that attempts to obtain a stipulation

2  to the amendment were being made.  Defendant Modesto Hospitality filed a non-opposition to

3  the motion on January 13, 2012. (Doc. 35).  Plaintiff contends that amendments to the complaint

4  are necessary in order to comply with recent changes in the law in Ninth Circuit.

5                                                    **DISCUSSION**

6         Plaintiff has requested leave of the court to file the FAC.  However, under Rule 15(a)(1),

7  a plaintiff may amend the complaint after a responsive pleading has been filed with the opposing

8  party's written consent or with leave of the Court.  Fed.R.Civ.P. 15(a)(1).  In this case, since

9  Defendant has filed a written consent, leave of the Court is not required.  Accordingly, Plaintiff's

10 motion is DENIED as moot.

11                                                    **CONCLUSION**

12        For the above reasons, IT IS HEREBY ORDERED that :

13        1)  Plaintiffs' Motion for Leave to File an Amended Complaint is DENIED as moot;

14        2) The Clerk of the Court shall file the FAC as a separate entry in the docket for purposes

15 of clarifying the record.(Doc. 34-3);

16        3) Defendant's Answer is due 30 days after the date of this order; and

17        4) The hearing regarding this motion set for January 27, 2012, at 9:30 am in Courtroom

18 10 is VACATED.

19        IT IS SO ORDERED.

20 **Dated:   January 18, 2012**                        **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28