GARY R. BASHAM (Bar No. 130119)
AARON R. JACKSON (Bar No. 233816)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, California 95815
Telephone:  (916) 993-4840
Facsimile:  (916) 993-4849

Attorneys for Defendant
MODESTO HOSPITALITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MODESTO HOSPITALITY, LLC, DOES 1 through 50<br><br>　　　　　Defendants. | Case No.  1:10-cv-02018-AWI-GSA<br><br>**STIPULATION AND ORDER REGARDING SETTLEMENT CONFERENCE STATEMENTS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS**:

　　　　A Settlement Conference related to this matter has been scheduled for March 6, 2012.  The Parties merely request, and stipulate to, additional time to file their Settlement Conference Statements up until March 2, 2012.  This request results from recent settlement discussions engaged in by the Parties, by and through their Counsel.  On February 27, 2012, the Parties engaged in approximately six (6) hours of discussions, including a walk-through of the subject property, in an effort to narrow the issues in advance of the settlement conference.  The Parties merely wish to have additional time to prepare and submit their Settlement Conference Statements so that their statements reflect the latest settlement discussions between the Parties.

/ / /

/ / /

/ / /

Dated: February 29, 2012        TIMOTHY S. THIMESCH, ESQ.
                                THIMESCH LAW OFFICES


                                By:   */s/ Timothy S. Thimesch*
                                   Attorneys for Plaintiff
                                   GENEVA LEMA


Dated: February 28, 2012        BASHAM LAW GROUP



                                By:   */s/Aaron R. Jackson*
                                   GARY R. BASHAM
                                   AARON R. JACKSON
                                   Attorneys for Defendant
                                   MODESTO HOSPITALITY, LLC

## **ORDER**

The Settlement Conference Statements shall be submitted no later than March 2, 2012, at 4:00 p.m.




IT IS SO ORDERED.

   Dated:   **February 29, 2012**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

---

2