UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,<br><br>                    Plaintiff,<br><br>       vs.<br><br>MODESTO HOSPITALITY LLC;<br>DOES 1 through 50,<br><br>                    Defendants,<br>_____ | Case No. 1:10 cv-2018 AWI GSA<br><br><br>ORDER DECLINING TO ADOPT<br>THE PARTIES' STIPULATION<br><br><br>(Doc. 44) |

      The parties filed a stipulation on July 3, 2012, agreeing to a modification of this Court's Scheduling Order. (Docs. 33 and 44).  The Court has reviewed the stipulation and declines to adopt it at the present time for the following reasons.

      In the stipulation, the parties indicate a desire to move the discovery deadlines and the deadlines for the filing of dispositive and non-dispositive motions.  The Court has no objection to the proposed discovery deadlines.  However, the proposed date for the filing of non-dispositive motions is December 12, 2012, and the proposed date for filing dispositive motions is December 19, 2012.  These dates are too close together and should be separated by at least six weeks.

      Additionally, currently the pre-trial conference is scheduled for January 3, 2013, and the trial is scheduled fo February 12, 2013.  Thus, there is not sufficient time to allow the Court to rule on any dispositive motions filed on December 19, 2012, prior to the pre-trial conference.  As

1  such, the Court will not adopt the stipulation as proposed.

2       Counsel may resubmit another stipulation to amend these dates.  In addition to the
3  suggested changes to the deadlines for filing of non-dispositive and dispositive motions, any
4  stipulation shall also allow for two months between the filing of dispositive motions and the pre-
5  trial conference, as well as two months between the pre-trial conference and trial.  Counsel are
6  also advised that Judge Ishii holds pre-trial conferences on Thursdays at 8:30 am and he begins
7  trials on Tuesdays at 8:30 am.

8       IT IS SO ORDERED.

9       **Dated:**  **July 3, 2012**       /s/ **Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE