**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597–3452
Tel: 925/588–0401
Fax: 888/210–8868

Attorneys for Plaintiff GENEVA LEMA

GARY R. BASHAM (Bar No. 130119)
AARON R. JACKSON (Bar No. 233816)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, California 95815
Telephone:  (916) 993-4840
Facsimile:  (916) 993-4849

Attorneys for Defendant
MODESTO HOSPITALITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MODESTO HOSPITALITY, LLC, DOES 1 through 50<br><br>　　　　　Defendants. | Case No.  1:10-cv-02018-AWI-GSA<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY DEADLINES** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS**:

　　　　The Parties have made significant progress in their settlement discussions, and they are in the process of negotiating a Consent Decree and (Proposed) Order.  Due to the size of the property and the scope of issues, the negotiations regarding the terms of the Consent Decree could take several weeks.

/ / /

/ / /

1

In an effort to avoid incurring unnecessary discovery costs while these negotiations proceed, the Parties request that the following deadlines be modified.

- The Parties request that the discovery deadlines be moved to the following dates:  (1) Non-Expert Discovery, September 28, 2012; (2) Expert Disclosure, September 24, 2012;  (3) Supplemental Expert Disclosure, October 5, 2012; and (4) Expert Discovery, November 5, 2012;
- The Parties request that the motion filing deadlines be moved to the following dates: Non-dispositive motions, November 12, 2012; and Dispositive Motions, January 11, 2013;
- The Parties request that the Pre-Trial Conference be moved to Thursday, March 14, 2013 at 8:30 a.m., or the next nearest date that the Court is available;
- The Parties additionally request that the Trial Date be moved to May 14, 2013 at 8:30 a.m., or the next nearest date that the Court is available.

IT IS SO STIPULATED:

Dated: July 10, 2012                         TIMOTHY S. THIMESCH, ESQ.
                                             THIMESCH LAW OFFICES

                                             By:   */s/ Timothy S. Thimesch*
                                                Attorneys for Plaintiff
                                                GENEVA LEMA

Dated: July 9, 2012                          BASHAM LAW GROUP


                                             By:   */s/Aaron R. Jackson*
                                                GARY R. BASHAM
                                                AARON R. JACKSON
                                                Attorneys for Defendant
                                                MODESTO HOSPITALITY, LLC


/ / /

## **ORDER**

The Court hereby ADOPTS the parties' Stipulation as outlined above.

IT IS SO ORDERED.

Dated:   **July 10, 2012**                              **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE

3