# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO, CALIFORNIA

| | |
|---|---|
| GENEVA LEMA, | Case No. 1:10 cv-2018 AWI GSA |
| Plaintiff, | |
| vs. | ORDER ADOPTING THE PARTIES' STIPULATION IN PART |
| MODESTO HOSPITALITY LLC; DOES 1 through 50, | |
| Defendants, | (Doc. 50) |

The Court has reviewed the parties' stipulation for a partial extension of deadlines. (Doc. 50). As a preliminary matter, counsel are advised that the information contained in the instant stipulation should have been included in the stipulation filed on September 18, 2012 (Doc. 48), as the specific efforts made toward case settlement is an important factor the Court considers when deciding whether to allow an amendment to the scheduling order. Upon a review of the new information presented, it appears that the parties are close to settlement. As such, the Court will partially amend the scheduling order as follows:

Non Expert discovery - November 5, 2012

Expert Disclosures - November 9, 2012

Supplemental Expert Disclosure - November 16, 2012

Expert Disclosure- November 23, 2012

Filing of Non-Dispositive Motions - November 30, 2012

The following dates will remain as previously scheduled :

Dispositive Motions - January 11, 2013

Pretrial Conference - March 14, 2013 at 8:30 am before Judge Ishii

Jury Trial - May 14, 2013 at 8:30 am before Judge Ishii

The parties have been engaging in settlement negotiations for a lengthy period. Accordingly, the parties **shall file dispositional documents no later than November 5, 2012.** Alternatively, the parties **shall file a detailed status report** outlining the steps taken toward finalizing the settlement by **November 5, 2012**.  The parties are cautioned that because the Court has previously modified the scheduling order, future attempts to modify the above dates will be looked upon with *great* disfavor.  Counsel shall plan accordingly as the Court is not inclined to modify the scheduling order in the future.  Finally, the parties are advised that all other orders contained in this Court's scheduling order issued on November 29, 2011, remain in full force and effect. (Doc. 33).

IT IS SO ORDERED.

Dated:   **September 24, 2012**                    **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE