1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO, CALIFORNIA**

12
13
14
15
16
17
18

| | |
|---|---|
| GENEVA LEMA, ) | Case No. 1:10 cv-2018 AWI GSA |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER ADOPTING THE PARTIES' |
| ) | STIPULATION IN PART |
| MODESTO HOSPITALITY LLC; ) | |
| DOES 1 through 50, ) | |
| ) | (Doc. 50) |
| Defendants, ) | |
| ———————————————— ) | |

19
20
21
22
23
24
25
26

        The Court has reviewed the parties' stipulation for a partial extension of deadlines. (Doc. 50). As a preliminary matter, counsel are advised that the information contained in the instant stipulation should have been included in the stipulation filed on September 18, 2012 (Doc. 48), as the specific efforts made toward case settlement is an important factor the Court considers when deciding whether to allow an amendment to the scheduling order. Upon a review of the new information presented, it appears that the parties are close to settlement. As such, the Court will partially amend the scheduling order as follows:

27
28

Non Expert discovery - November 5, 2012

Expert Disclosures - November 9, 2012

Supplemental Expert Disclosure - November 16, 2012

1     Expert Disclosure- November 23, 2012

2     Filing of Non-Dispositive Motions - November 30, 2012

3     The following dates will remain as previously scheduled :

4     Dispositive Motions - January 11, 2013

5     Pretrial Conference - March 14, 2013 at 8:30 am before Judge Ishii

6     Jury Trial - May 14, 2013 at 8:30 am before Judge Ishii

7     The parties have been engaging in settlement negotiations for a lengthy period.

8     Accordingly, the parties **shall file dispositional documents no later than November 5, 2012.**

9     Alternatively, the parties **shall file a detailed status report** outlining the steps taken toward

10    finalizing the settlement by **November 5, 2012**.  The parties are cautioned that because the Court

11    has previously modified the scheduling order, future attempts to modify the above dates will be

12    looked upon with *great* disfavor.  Counsel shall plan accordingly as the Court is not inclined to

13    modify the scheduling order in the future.  Finally, the parties are advised that all other orders

14    contained in this Court's scheduling order issued on November 29, 2011, remain in full force and

15    effect. (Doc. 33).

16    IT IS SO ORDERED.

17    **Dated:   September 24, 2012**          _____**/s/ Gary S. Austin**_____
                                             UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28