Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ. 148213
   tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401
Fax: 888/210-8868

Attorneys for Plaintiff GENEVA LEMA

GARY R. BASHAM (Bar No. 130119)
AARON R. JACKSON (Bar No. 233816)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, California 95815
Telephone:  (916) 993-4840
Facsimile:  (916) 993-4849

Attorneys for Defendant MODESTO HOSPITALITY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,<br><br>         Plaintiff,<br><br>v.<br><br>MODESTO HOSPITALITY, LLC.;<br>and DOES 1 THROUGH 50,<br>Inclusive,<br><br>         Defendants.<br>_____ / | CASE NO. 1:10–cv-02018-AWI-GSA<br>Civil Rights<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR PLAINTIFF TO MOVE FOR AN AWARD OF REASONABLE STATUTORY ATTORNEY'S FEES, LITIGATION EXPENSES AND COSTS** |

**TO THE COURT:**

This is a request to extend the time provided under ¶26 of the December 18, 2012 Consent Decree Order and Judgment, which provides 65 days for Plaintiff to file a motion for an award of reasonable statutory attorney's fees, litigation expenses and costs. In this regard, the Consent Decree also required the parties to make a good faith effort to settle the matter short of

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order Re Moving for Fees:**
**Case No. 1:10–cv-02018-AWI-GSA**

a motion (§27), and the parties are presently continuing such efforts. They are in the process of scheduling a mediation before Stephen Schrey, Esq. of San Francisco. To allow this process to complete while avoiding the potentially unnecessary expense of bringing and opposing a motion, the parties request that the Court extend the deadline by an additional 45 days to April 7, 2013.

**SO STIPULATED.**

Dated: February 20, 2013        TIMOTHY S. THIMESCH
                                THIMESCH LAW OFFICE

                                By: /s/Timothy S. Thimesch
                                Attorneys for Plaintiff
                                GENEVA LEMA

Dated: February 20, 2013        BASHAM LAW GROUP

                                By: /s/Aaron R. Jackson
                                    GARY R. BASHAM
                                    AARON R. JACKSON
                                Attorneys for Defendant
                                MODESTO HOSPITALITY LLC

**ORDER**

IT IS SO ORDERED.

Dated:  February 25, 2013        _____
                                 SENIOR DISTRICT JUDGE

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order Re Moving for Fees: Case No. 1:10–cv-02018-AWI-GSA**        — 2 —