Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ. 148213
   tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401
Fax: 888/210-8868

Attorneys for Plaintiff GENEVA LEMA

GARY R. BASHAM (Bar No. 130119)
AARON R. JACKSON (Bar No. 233816)
BASHAM LAW GROUP
1545 River Park Drive, Suite 205
Sacramento, California 95815
Telephone:  (916) 993-4840
Facsimile:  (916) 993-4849

Attorneys for Defendant MODESTO HOSPITALITY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,<br><br>        Plaintiff,<br><br>v.<br><br>MODESTO HOSPITALITY, LLC.;<br>and DOES 1 THROUGH 50,<br>Inclusive,<br><br>        Defendants.<br>_____ / | CASE NO. 1:10-cv-02018-AWI-GSA<br>Civil Rights<br><br>**SECOND STIPULATION AND ORDER EXTENDING THE TIME FOR PLAINTIFF TO MOVE FOR AN AWARD OF REASONABLE STATUTORY ATTORNEY'S FEES, LITIGATION EXPENSES AND COSTS** |

**TO THE COURT:**

This is a second request to extend the time provided under ¶26 of the December 18, 2012 Consent Decree Order and Judgment for Plaintiff to bring a motion for an award of reasonable statutory attorney's fees, litigation expenses and costs. Recently the Court extended this deadline to April 7, 2013. However, the Parties have set a mediation of the fee issue for

April 4, 2013 before Stephen Schrey, Esq. of San Francisco. To allow this process to complete while avoiding the potentially unnecessary expense of bringing and opposing a motion, the parties request that the Court extend the deadline by an additional 15 days to April 22, 2013.

**SO STIPULATED.**

Dated: March 19, 2013        TIMOTHY S. THIMESCH
                             THIMESCH LAW OFFICE

                             By:  /s/Timothy S. Thimesch
                             Attorneys for Plaintiff
                             GENEVA LEMA

Dated: March 19, 2013        BASHAM LAW GROUP

                             By:  /s/Aaron R. Jackson
                                  GARY R. BASHAM
                                  AARON R. JACKSON
                                  Attorneys for Defendant
                                  MODESTO HOSPITALITY LLC

IT IS SO ORDERED.

Dated:   March 19, 2013                    _____
                                           SENIOR DISTRICT JUDGE