**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com

Attorneys for Plaintiff NEVA LEMA

GARY R. BASHAM (Bar No. 130119)
AARON R. JACKSON (Bar No. 233816)
BASHAM LAW GROUP
701 University Avenue, Suite 220
Sacramento, California 95825
Telephone:  (916) 993-4840
Facsimile:  (916) 993-4849

Attorneys for Defendant MODESTO HOSPITALITY, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEVA LEMA,<br><br>    Plaintiff,<br><br>v.<br><br>MODESTO HOSPITALITY, LLC; DOES 1 THROUGH 50, Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO. 1:10-cv-02018-AWI-GSA<br>Civil Rights<br><br>**LIMITED REQUEST FOR DISMISSAL OF PLAINTIFF'S OUTSTANDING CLAIM FOR AN AWARD OF REASONABLE STATUTORY ATTORNEY'S FEES, LITIGATION EXPENSES AND COSTS; ORDER** |

**TO THE COURT:**

The Parties are pleased to report that they have settled Plaintiff's outstanding claim for an award of reasonable statutory attorney's fees, litigation expenses and costs as provided in paragraphs 25-31 of the Consent Decree entered on

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Limited Request for Dismissal: Case No. 1:10-CV-02180-AWI-GSA

December 18, 2012 ("Fee Claim").  Accordingly, Plaintiff requests the dismissal of the Fee Claim with prejudice, but without prejudice to the balance of the provisions of the Consent Decree.

Dated: April 2, 2013         TIMOTHY S. THIMESCH
                             THIMESCH LAW OFFICE

                             _____
                             Attorneys for Plaintiff
                             GENEVA LEMA

**APPROVED AS TO FORM:**

Dated: March 25, 2013        BASHAM LAW GROUP

                             By:       /s/Gary R. Basham
                                 GARY R. BASHAM
                                 AARON R. JACKSON
                                 Attorneys for Defendant
                                 MODESTO HOSPITALITY LLC

                             **ORDER**

IT IS SO ORDERED.

Dated:  April 2, 2013        _____
                             SENIOR DISTRICT JUDGE

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

Limited Request for Dismissal: Case No. 1:10-CV-02180-AWI-GSA — 2 —